UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC DEWAYNE ELLZEY | CIVIL ACTION |
| VERSUS | NO. 17-3163 |
| B.P. EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "R" (1) |

## ORDER AND REASONS

Before the Court is plaintiff's motion to indefinitely continue all scheduling deadlines until plaintiff's counsel has completed discovery on the issue of BP's failure to conduct dermal monitoring and biomonitoring.[1]

The Court denies plaintiff's motion. As noted in the Court's Order and Reasons granting summary judgment to defendants, plaintiff has not pointed to any admissible expert opinions that would allow him to sustain his burden on causation. Evidence showing that BP improperly failed to conduct dermal monitoring and biomonitoring would not cure the defect in plaintiff's case.

---

[1]   R. Doc 47.

1

Plaintiff's motion to continue is DENIED.

New Orleans, Louisiana, this ___15th___ day of December, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE